IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Scott D. Gerber,**

    Plaintiff,                                    Case No. **3:06cv1525**

vs.

                                                  **JUDGMENT IN A CIVIL CASE**

**James C. Riordan, et al.,**

    Defendant.

**Decision by Court.** This action came before the Court and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that this case is dismissed for want of personal jurisdiction, all pending motions are denied as moot and the trial date of July 7, 2009 is vacated.

                                                                    IT IS SO ORDERED.

                                                    s/ Vernelis K. Armstrong
                                                    United States Magistrate Judge

  May 28, 2009                                          Geri M. Smith, Clerk of Court
    Date                                                            Clerk

                                                                         s/ Pamela A. Armstrong
                                                                          (By) Deputy Clerk